X-9282307

Marcus Lamont Anthony Kendrix
Name and Prisoner/Booking Number

Sacramento Main Jail
Place of Confinement

651 "I" Street
Mailing Address

Sacramento, CA 95814
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# FILED

**AUG 2 5 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Marcus Lamont Anthony Kendrix ,
(Full Name of Plaintiff)         Plaintiff,

v.

(1) Sacramento Main Jail ,
(Full Name of Defendant)

(2) Deputy Tod Gill #524 ,

(3) Cashier Deputy Acajena ,

(4) _____ ,
                         Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22 CV 1502 AC (PC)
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Sacramento Main Jail, Sacramento, CA

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: <u>Sacramento Main Jail</u>. The first Defendant is employed as:
<u>Actual Facility</u> at <u>Sacramento Main Jail</u>.
(Position and Title)          (Institution)

2. Name of second Defendant: <u>Tod Cull</u>. The second Defendant is employed as:
<u>Inmate Welfare fund officer</u> at <u>Sacramento mail Jail</u>.
(Position and Title)          (Institution)

3. Name of third Defendant: <u>Cashier Deputy Acquella</u> The third Defendant is employed as:
<u>Cashier Deputy</u> at <u>Rio Consumes Correction Center</u>
(Position and Title)          (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
(Position and Title)          (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

     a. First prior lawsuit:
         1. Parties: _____ v. _____
         2. Court and case number: _____.
         3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____.

     b. Second prior lawsuit:
         1. Parties: _____ v. _____
         2. Court and case number: _____.
         3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____.

     c. Third prior lawsuit:
         1. Parties: _____ v. _____
         2. Court and case number: _____.
         3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _Opening of Legal outside my presence_.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I recieved a check from the I.R.S at Rio Consumes Correctional, and the check was never forwarded to Sacramento Main Jail. Instead they gave me the envelope with two receipts stating money was deposited then money was removed. The sender's name is "U.S Department of The Treasury Bureau of The Fiscal Services" underneath that it says official business. Per the facility's inmate handbook; G. Mail, states holders of public office (local, state, and federal officials) are confidential correspondence, so there should have been no way Cashier Deputy Acalleja (Defendant #3) possibly opened my mail without my presence. I wasn't even housed in the facility nor works at. The check was cashed without my signature on 4-15-22 at 11:54 A.M. I was never made aware of this check, I just happened to check my inmate account summary, and seen the transactions. Also, Per inmate handbook C. Acceptance of Money and Property, they stipulate that federal/state income tax refund (and any other type of US Treasury check)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Due to Cashier Deputy Acalleja opening, and cashing my check I wasn't able to send my children any money, my family needed help with rent, and other finances, and I could take care of myself.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _My grievance was never responded to as many others. It's been exactly four months, seven days._

Claim 1 cont.                    #2

Supporting facts:

are unacceptable checks. They say, "Should these checks be recieved through the mail, the check will be returned to the sender or placed on property. None of the rules in the Inmate Handbook were followed by facility staff. The Second Page of the Inmate Handbook States," We (Sacramento Main Jail Staff) will fulfill our legal responsiblity for your safe keeping". I wrote Inmate Welfare Fund for an account Summary, and they didn't give me a full printout, but I'v written down the Proof of the transaction that day".

Transaction 1; Mail Credit Check # 4041 89187621  11:54 am
3096021
4-15-22        Amt: $1,826.38

          11:58 am
4-15-22 Transaction #2 3096035  Rev. Recovery Rccc  Amt. $1,526.81

4-15-22 11:59 am Transaction#3(3096036)  Void. Rev. Recovery Rccc
Void trans:3096035   Replaced Amt: $1526,81

4-15-22 12.00 P.M transaction #4 (3096037) Rev. Recovery Rccc
          Amt: $1,526

## Claim 1 cont. #3

## Facts:

Inmate Handbook does state, "The Department of Revenue Recovery Checks inmate accounts," so they can take any money over $300. In my case that wasn't the scenario. Inmate Welfare Fund Deputy Tod Gill #524, took it upon himself to check my account (or he possibly could've been notified), and sent my funds to Revenue and Recovery. If the rules would've been implied my money would've never been tampered with, and I could've disputed my funds the way I seen fit, not even six days later I recieved two money orders for $40 a piece, and I was able to sign for them. With my check I was never given the same courtesy, I don't know the actual law, but I do know its unlawful to open an imates legal mail without his/her presence.

Inclosed are copies of all evidenc.

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: Forgery 470; was a Crime admitted against me.

2. **Claim II.** Identify the issue involved. **Check only one.** State additional issues in separate claims.

   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety    ☒ Other: Forgery 470

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On April 15th, 2022, Cashier Deputy Acalleja signed my I.R.S Check without my consent which is Forgery, Penal Code 470. My I.R.S Check was issued to Marcus Hendrix, and was payable to none other than me. Days later main Jail Deputy Goode, brought me two money orders, and I had the option to sign or send them home, I wasn't given that option with my check. In doing so, the crime of forgery P.C 470, was committed against me. In the state of California checks must be signed my the recipient in order to be properly cashed, my check wasn't signed by me. So that mean it was signed, and cashed illegally.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Due to my check being cashed without my consent I couldn't take of myself properly, I couldn't send money to my kids, and I couldn't help my family with rent money.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim II?    ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?    ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. My grievance was never responded to as many others. It's been exactly four months seven days.

4

**CLAIM III**

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
    - ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
    - ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim III?    ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?    ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
        _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I'm seeking the $1,526 that was taken from me, and an additional $100,000 for the crime committed against, the pain and suffering of not being able to take care of myself and family, and for my rights not being upheld when it came to my legal mail opened without my presence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____8-20-22_____                    _____Marcus Kendrix_____
                          DATE                                                    SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)
_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.