United States District Court
For the Eastern District of California

Marcus Anthony Kendrix, Plaintiff

v.

Sacramento Main Jail, et al., Defendants

NO. 2:22-cv-1502 ACP

"Amended Complaint"

10. I would like to remove a Defendant, and add a new Defendant in it's place.
12. I would like to remove Sacramento Main Jail, due to it being a municipality, and add Sacramento County Sheriff's Department, because their ultimatley responsible for Deputies Gill and Acalleja. Thank You.

**FILED**

DEC 19 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK