UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ANTHONY KENDRIX,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO MAIN JAIL, et al.,<br><br>Defendants. | No. 2:22-cv-1502 KJM AC P<br><br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion to amend the complaint and a request for various forms and a copy of the complaint. ECF Nos. 8, 9.

    On November 29, 2022, the undersigned screened the complaint and recommended that it be dismissed without leave to amend on the ground that it did not state any cognizable claims for relief. ECF No. 5. The findings and recommendations, along with plaintiff's objections (ECF No. 7), are pending before the district judge. Plaintiff's motion to amend the complaint requests that defendant Sacramento Main Jail be replaced by the Sacramento County Sheriff's Department. ECF No. 8. Because the motion to amend does not cure the defects in the original complaint that are the basis of the pending recommendation for dismissal, the motion will be denied.

    Plaintiff's request for forms will be granted to the extent that the Clerk of the Court will

be directed to provide him with copies of the complaint form and application to proceed in forma pauperis. However, since plaintiff is a prisoner and any complaints must be screened prior to service, his request for summons will be denied. His request for a form motion to appoint counsel will also be denied because the court does not have such a form. Plaintiff's request for a copy of the complaint will be granted and the court will provide a one-time courtesy copy. Plaintiff is advised that any future requests for copies must be accompanied by the required copy fees.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend the complaint (ECF No. 8) is DENIED.

2. Plaintiff's motion for copies and forms (ECF No. 9) is GRANTED in part. The Clerk of the Court is directed to send plaintiff a one-time courtesy copy of the complaint (ECF No. 1), a copy of the prisoner complaint form used in this district, and an Application to Proceed In Forma Pauperis By a Prisoner. The motion is otherwise DENIED.

DATED: December 21, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk's Office will provide copies of documents and of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC."

2